IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02192-MSK-CBS

LESLIE BOELLSTORFF,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

---

## ORDER

---

THE COURT, having reviewed the parties' Stipulated Motion to Take Depositions Out of Time (*doc. no. 57)*, and being fully apprised in the premises, GRANTS the Motion.

Defendant State Farm shall have up to and including **August 25, 2006** to depose Richard Hodges, and Plaintiff Boellstorff shall have up to and including **August 25, 2006** to depose John Grund and Betty Cordillo.  *All deadlines previously set by this Court, not modified herein, remain in effect.*

DATED at Denver, Colorado, this 31st day of July, 2006.

                BY THE COURT:

                *s/Craig B. Shaffer*
                Craig B. Shaffer
                United States Magistrate Judge