IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02192-MSK-CBS

LESLIE BOELLSTORFF,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois corporation,

    Defendant.

_____

### ORDER VACATING FINAL PRETRIAL CONFERENCE
_____

**THIS MATTER** comes before the Court *sua sponte*. Pursuant to this Court's September 11, 2006 Order **(# 63)**, the case remains stayed at the present time. Accordingly, the Final Pretrial Conference, scheduled for February 22, 2006, is **VACATED**. The Court will reset the conference in a future order.

Dated this 16th day of February, 2007

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge