**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

MAY 31 2007

GREGORY C. LANGHAM
CLERK

A true copy

Teste

Elisabeth A. S~~hoemaker~~
Clerk, U.S. Court of
Appeals, Tenth Circuit

By ~~signature~~

Deputy Clerk

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

Petitioner,

v.

LESLIE BOELLSTORFF,

Respondent.

No. 07-500

05-cv-02192

---

## ORDER

Filed May 25, 2007

---

Before **BRISCOE, O'BRIEN**, and **McCONNELL**, Circuit Judges.

This matter is before the court based on a Petition by State Farm Mutual Automobile Insurance Company pursuant to Fed. R. App. P. 5 for Permission to Appeal. *See* 28 U.S.C. § 1292(b).

Upon consideration, the Petition for Permission is **GRANTED**.

The parties are advised that the date on this order will serve as the date of the notice of appeal for purposes of calculating filing times under the Federal Rules of Appellate Procedure and the Tenth Circuit Rules.

Within **10 days** of the date on this order, all required fees must be paid to the

district court clerk *and* all preliminary appellate documents must be filed in this court. *See* 10th Cir. Rule 3.4, 10, and 46.

Briefing will proceed in accordance with the Federal Rules of Appellate Procedure and the Tenth Circuit Rules. *See* Fed. R. App. P. 31(a); 10th Cir. R. 31.1(A)(1); *see also* 10th Cir. R. 31.4 and 31.5.

Entered for the Court,
Elisabeth A. Shumaker, Clerk

Kathleen T. Clifford
Attorney - Deputy Clerk

2

F I L E    C O P Y

United S    tes Court of Appeals for the Tent   Circuit

**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

May 25, 2007

NOTIFICATION OF MAILING

Re:      07-500, State Farm Mutual v. Boellstorff
         Dist/Ag docket:  05-cv-02192-MSK-CBS

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL
THIS DATE, ADDRESSED AS FOLLOWS:

Julie Bettencourt Cliff
Mr. Robert B. Carey
Carey Law Firm
2301 E. Pikes Peak Avenue
Colorado Springs, CO 80909

Mr. Michael S. McCarthy
Ms. Marie E. Williams
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln St
Denver, CO 80203

DEPUTY CLERK