## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 05-cv-02192-CMA-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: January 12, 2009** | **Courtroom Deputy:** Nel Steffens |

LESLIE BOELLSTORFF,                            Frances Johnson

    **Plaintiff,**

v.

STATE FARM MUTUAL AUTOMOBILE         Marie Williams
INSURANCE COMPANY,                     Nadia Malik
an Illinois corporation,

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in Session:**     10:44 a.m.
Court calls case. Counsel appear by telephone.

Discussion regarding Plaintiff's motion to reopen discovery, #102.

**ORDERED:**        **Plaintiff's Opposed Motion to Reopen Discovery for a Limited Purpose (#102, filed November 21, 2008) is DENIED.**

HEARING CONCLUDED.

**Court in recess:**     10:50 a.m.
Total time in court:     00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.