# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 05-cv-02192-CMA-CBS

LESLIE BOELLSTORFF,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois corporation,

    Defendant.

## SUPPLEMENTAL ORDER OF REFERENCE TO MAGISTRATE JUDGE

In addition to the Order of Reference dated November 16, 2005 (Doc. # 2), Magistrate Judge Craig B. Shaffer is hereby authorized to conduct a pretrial conference and enter a pretrial order in this matter. The parties should expect to be given a firm trial setting that is 60 to 120 days from the date of the <u>final pretrial conference</u>, and should be available for trial accordingly.

    DATED: February __4__, 2009

                                                            BY THE COURT:

                                                             _____
                                                             CHRISTINE M. ARGUELLO
                                                             United States District Judge